No. 92–735. BLASCHKE *v.* CAUSEY. Ct. App. Okla. Certiorari denied.

No. 92–736. HOELZER *v.* CITY OF STAMFORD, CONNECTICUT. C. A. 2d Cir. Certiorari denied.

No. 92–764. ERICKSON *v.* PIERCE COUNTY ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–772. YOUNG *v.* STATE UNIVERSITY OF NEW YORK ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 92–819. EVERETT ET AL. *v.* CONTINENTAL BANK, N. A. C. A. 7th Cir. Certiorari denied.

No. 92–838. BALIGAD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–5006. SPENCER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–5167. STERLING *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 92–5488. BROWN *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 92–5506. ANDERSON *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 92–5604. SUSHANSKY *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–5714. SPELLMON *v.* 174TH JUDICIAL DISTRICT COURT OF TEXAS. C. A. 5th Cir. Certiorari denied.

No. 92–5760. TAYLOR *v.* WHITLEY, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–5890. ROGERS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–5901. HOLMAN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–5904. MARKOWITZ ET AL. *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.